UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

CRISTIAN GODINEZ, and
FERNANDO MEDINA,

                    Defendants.

NO:  2:17-CR-0134-TOR-1
        2:17-CR-0134-TOR-2


ORDER GRANTING DISCLOSURE
AND PROTECTIVE ORDER

BEFORE THE COURT are the United States' Motion for an Order to

Disclose Pre-Indictment Pleadings for Discovery but Not Unsealing and for

Protective Order and Motion to Expedite (ECF Nos. 52, 53).  The motions were

submitted for consideration without oral argument.  Having reviewed the motions

and the file herein, the Court is fully informed.  In order to comply with its

discovery requirements while balancing the need to protect the integrity of the on-

going investigation and alleviate safety concerns, the government seeks to disclose

certain pre-indictment pleadings to Defendant but keep them sealed from public

ORDER GRANTING MOTION FOR DISCLOSURE AND PROTECTIVE
ORDER ~ 1

access and to enter into a protective order that will govern the dissemination of such pleadings. For good cause shown, the United States' motions (ECF Nos. 52, 53) are granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

The United States is permitted to disclose the following tracking warrants, location records information warrants and search warrants that are all currently sealed by the Court (hereinafter "Protective Discovery") to counsel for Defendants' pursuant to its discovery obligations:

***Warrants***

4:17-mj-07022-JTR, 4:17-mj-07026-JTR, 4:17-mj-07063-JTR,

1:17-mj-04112-JTR, 2:17-mj-00301-JTR, 4:17-mj-07132-JTR,

2:17-mj-00328-JTR, 2:17-mj-00329-JTR, 2:17-mj-00330-JTR,

2:17-mj-00331-JTR, 2:17-mj-00332-JTR, 2:17-mj-00333-JTR

2:17-mj-00334-JTR, 2:17-mj-00335-JTR, 2:17-mj-00336-JTR

Such applications, orders and warrants shall otherwise remain sealed by the Court.

IT IS FURTHER ORDERED that:

1. The United States will provide discovery materials (including Protective Discovery) on an on-going basis to defense counsel;

ORDER GRANTING MOTION FOR DISCLOSURE AND PROTECTIVE ORDER ~ 2

2. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

3. Defense counsel may show to, and discuss with the Defendant the discovery material, including sealed documents;

4. Defense counsel shall not provide original or copies of discovery materials directly to the Defendant;

5. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order;

6. The United States and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to this cause. Any reference to the content of the Protected Discovery shall be filed under seal, until further order of the Court.

7. The parties may seek relief from this Order for good cause shown.

//
//
//
//

ORDER GRANTING MOTION FOR DISCLOSURE AND PROTECTIVE ORDER ~ 3

1    The District Court Executive is hereby directed to enter this Order and

2 furnish copies to counsel.

3    **DATED** August 16, 2017.

4 

5                          THOMAS O. RICE
                    Chief United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING MOTION FOR DISCLOSURE AND PROTECTIVE
ORDER ~ 4