FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 12, 2024**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CRISTIAN GODINEZ,<br><br>    Defendant. | NO: 2:17-CR-0134-TOR-1<br><br>ORDER DISMISSING INDICTMENT AND QUASH ARREST WARRANT |

BEFORE THE COURT is the Government's Motion to Dismiss Indictment and Quash Arrest Warrant. ECF No. 205. The Court has reviewed the motion and the file therein and is fully informed. The Government seeks to dismiss the indictment in this matter pursuant to Fed. R. Crim. P. 48(a). For good cause shown, the Court grants the motion.

**Accordingly, IT IS HEREBY ORDERED**:

1. The Government's Motion to Dismiss Indictment and Quash Arrest Warrant (ECF No. 205) is **GRANTED**.

ORDER DISMISSING INDICTMENT AND QUASH ARREST WARRANT ~ 1

2. The Indictment is DISMISSED as to Cristian Godinez and the Arrest Warrant is hereby QUASHED.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** November 12, 2024.



THOMAS O. RICE
United States District Judge